JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE, THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, THE NATIONAL ELECTRICAL INDUSTRY FUND, and CONTRACT COMPLIANCE FUND,<br><br>      Plaintiffs,<br>  v.<br><br>SOLTEK ELECTRIC, INC., a California corporation, et al.<br><br>      Defendants. | CASE NO.:  2:15-cv-03047 DDP (JPRx)<br><br>ASSIGNED TO THE HONORABLE DEAN D. PREGERSON<br><br>**JUDGMENT** |

1  This action having been commenced on April 23, 2015, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that: Plaintiffs TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE, THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, THE NATIONAL ELECTRICAL INDUSTRY FUND, and CONTRACT COMPLIANCE FUND, shall recover from defendant SOLTEK ELECTRIC, INC., a California corporation, the principal amount of $104,071.71, plus post-judgment interest thereon at the statutory rate, accruing from March 1, 2016, until the judgment is paid in full.

Dated: April 15, 2016

_____
UNITED STATES DISTRICT JUDGE